IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MAJESTIC STEEL USA, INC. ) | CASE NO.: 1:07-cv-3610 |
| ) | |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| vs. ) | |
| ) | |
| WALLNER TOOLING/EXPAC, INC. ) | **STIPULATED DISMISSAL** |
| ) | **ENTRY** |
| Defendant. ) | |

It is hereby agreed between the parties that Plaintiff's Complaint and Defendant's Counterclaim are hereby dismissed with prejudice. Each party will bear its own costs.

IT IS SO ORDERED this 29th day of February, 2008.

/s/SOLOMON OLIVER, JR.
JUDGE SOLOMON OLIVER, JR.

Approved:

CHARLES P. ROYER (0037104)
McCarthy, Lebit, Crystal & Liffman Co., L.P.A.
101 W. Prospect Avenue, Suite 1800
Cleveland, OH 44115
(216) 696-1422
*Attorney for Defendant*

COLLEEN C. MURNANE (0064840)
Frantz Ward
2500 Key Center
127 Public Square
Cleveland, OH 44114-1230
*Attorney for Plaintiff*